## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America** )<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>**Paul Ivery** )<br>Defendant(s), ) | Case No: 1:25-cr-609<br>Magistrate Judge Gabriel A. Fuentes |

### ORDER

Detention hearing held in open court following the filing of Pretrial Services report (doc. #[6]). The government withdrew its detention motion, though there are contested conditions of release. With the detention motion withdrawn, the Court was not empowered to conduct a detention hearing on its own motion. The Court resolved the disputed issues by imposing the conditions as stated on the record. The Court accepted the conditions for the reasons stated on the record and per the recommendation of Pretrial Services. Defendant was admonished of the conditions of release on the record. Defendant released on an own-recognizance appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing.

(01:25)

Date: 10/1/2025

/s/ Gabriel A. Fuentes
Gabriel A. Fuentes
United States Magistrate Judge