UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL IVERY | No. 25 CR 609<br><br>Honorable Gabriel A. Fuentes |

## MOTION TO DISMISS COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby moves the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the complaint in this case against PAUL IVERY without prejudice.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    */s/ Caitlin Walgamuth*
CAITLIN WALGAMUTH
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
Direct: (312) 353-5300

Dated: October 9, 2025